**Barbara BARTNOF, Plaintiff–Appellant,**

**v.**

**Ed MESSINGER, Deputy District Attorney for Los Angeles County District Attorney's Office, in his individual capacity; et al., Defendants–Appellees.**

No. 06–56668.

United States Court of Appeals,
Ninth Circuit.

Submitted June 4, 2007 *.

Filed June 12, 2007.

Barbara Bartnof, Redondo Beach, CA, pro se.

Denise M. Caprioli, Esq., Manning & Marer, Kass Ellrod Ramirez, LLP, Los Angeles, CA, Stuart Mandel, Mandel & Manpearl, Beverly Hills, CA, for Defendants–Appellees.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Upon review of the record and appellant's response to this court's February 26, 2007 order to show cause, we hereby summarily affirm the district court's judgment.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record). All pending motions are denied as moot.

**AFFIRMED.**